[No. 41455-1-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
WALTER BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-01269-6, Anthony P. Wartnik, J., entered
June 5, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41580-8-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN LEROY
GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05488-1, Bobbe J. Bridge, J., entered
November 3, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41842-4-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID KYALO
MWAU, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-03446-5, Linda Lau, J., entered December
15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41992-7-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD V.
MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-06040-7, Bobbe J. Bridge, J., entered January 12, 1998. *Affirmed* by unpublished per curiam opinion.